■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ELDRIDGE BARR, Respondent. [608 NYS2d 906] —Order unanimously affirmed and indictment dismissed *(see, People v Ryan,* 195 AD2d 1053). (Appeal from Order of Monroe County Court, Connell, J.—Suppress Evidence.) Present—Denman, P. J., Callahan, Balio, Fallon and Davis, JJ.